# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

147131

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOMINICK JOHANN TRICE,
      Defendant-Appellant.

SC: 147131
COA: 309314
Kent CC: 10-009849-FC

_____/

On order of the Court, the application for leave to appeal the April 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk

p1113